# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Case: 2:21-cr-20439
Judge: Murphy, Stephen J.
MJ: Grand, David R.
Filed: 06-30-2021 At 04:03 PM
INDI USA V. WARD (DA)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRYON WARD,

    Defendant.

_____/

VIOLATION: 18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(18 U.S.C. § 922(g)(1) — *Felon in Possession of a Firearm*)

On or about February 18, 2021, in the Eastern District of Michigan, the defendant, BRYON WARD, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been so convicted, did knowingly possess a firearm, that is, a loaded black Springfield Armory Model XDm Elite, 9mm caliber pistol, which had been shipped and transported in interstate and foreign commerce to reach this jurisdiction, in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATIONS
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

As a result of violating 18 U.S.C. § 922(g)(1) as set forth in this Indictment, upon conviction, the defendant shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offenses.

**THIS IS A TRUE BILL.**

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

SAIMA S. MOHSIN
Acting United States Attorney

BENJAMIN COATS
Chief, Major Crimes Unit

*s/ Rosemary Wummel Gardey*
ROSEMARY WUMMEL GARDEY
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3220
phone:  313-226-0285
email:  rosemary.gardey@usdoj.gov

Dated:  June 30, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:21-cr-20439<br>Judge: Murphy, Stephen J.<br>MJ: Grand, David R.<br>Filed: 06-30-2021 At 04:03 PM<br>INDI USA V. WARD (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | AUSA's Initials: _RW_ |

**Case Title:** USA v. Byron Ward

**County where offense occurred:** Washtenaw

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [Case number: 21-mj-30307]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 30, 2021
Date

*Rosemary Gardey*
Rosemary Gardey
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0285
Fax: 313-226-2372
E-Mail address: rosemary.gardey@doj.gov
Attorney Bar #: P49019

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.